**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2330**

———————

GLENDA A. MCCORMACK,

                              Plaintiff - Appellant,

        versus

ROANOKE REGIONAL AIRPORT COMMISSION,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (CA-00-926-7)

———————

Submitted:  March 7, 2003          Decided:  March 19, 2003

———————

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Glenda A. McCormack, Appellant Pro Se.  Jim Harold Guynn, Jr., GUYNN & MEMMER, P.C., Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenda A. McCormack appeals the district court's order granting summary judgment in favor of the Roanoke Regional Airport Commission in her sex discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>McCormack v. Roanoke Regional Airport Comm'n</u>, No. CA-00-926-7 (W.D. Va. Oct. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>